IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD VICTOR SEVILLA,

    Plaintiff,                      CV F 06 0276 AWI WMW   P

vs.

CAL TERHUNE, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se.  This action proceeds on the original complaint filed in the Northern District on February 24, 2006, and transferred to this court on March 13, 2006.  Plaintiff, an inmate in the custody of the California Department of Corrections at the California Substance Abuse Treatment Facility, brings this action against correctional officials for allegedly inadequate medical care.

    On February16, 2006, plaintiff filed an identical complaint in this court, case number CV F 06 0172 REC WMW P.  A review of the complaints reveals that they are identical.  Plaintiff is cautioned that both actions proceed, he will be assessed two separate filing fees, a total assessment of $500.  The filing fees will be deducted from plaintiff's inmate trust account. Because the complaints are identical, the court will recommend dismissal of the later filed complaint as duplicative.   Plaintiff will not be assessed a filing fee for this action.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed as

1  duplicate.

2       These findings and recommendations are submitted to the United States District Judge
3 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within thirty
4 days after being served with these findings and recommendations, plaintiff may file written
5 objections with the court.  Such a document should be captioned "Objections to Magistrate
6 Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
7 within the specified time may waive the right to appeal the District Court's order.  Martinez v.
8 Ylst, 951 F.2d 1153 (9th Cir. 1991).

12  IT IS SO ORDERED.

13 **Dated:   March 31, 2006**         /s/  **William M. Wunderlich**
    mmkd34         UNITED STATES MAGISTRATE JUDGE